IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BLAINE A. BENTO,
       Plaintiff,

vs.                                 CASE NO. 4:07cv411-SPM/WCS

FLORIDA DEPARTMENT
OF CORRECTIONS,
       Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated June 9, 2008 (doc. 19). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc.19) is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to comply with a court order.

DONE AND ORDERED this 10th day of July, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge